# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD NORRIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MAUREEN GREEN and LAYNE CARVER,<br><br>　　　　　Defendants. | Case No. 2:15-cv-01238-APG-CWH<br><br>**ORDER DENYING WRIT OF ERROR CORAM NOBIS AND GRANTING MOTIONS TO DISMISS**<br><br>(ECF Nos. 26, 27, 30) |

On April 28, 2016, plaintiff Richard Norris filed a "writ of error coram nobis." ECF No. 26. To the extent this document was meant to be a motion, it is denied.

I previously granted Norris leave to file a second amended complaint by May 4, 2016 if he could "truthfully allege facts to cure the deficiencies" outlined in my order. ECF No. 25 at 3. I advised Norris that if he failed to file an amended complaint by that date, this case would be closed. *Id.* Norris has not filed a second amended complaint. I therefore grant the defendants' motions to dismiss.

IT IS THEREFORE ORDERED that plaintiff Richard Norris's "writ of error coram nobis" **(ECF No. 26) is DENIED**.

IT IS FURTHER ORDERED that the defendants' motions to dismiss **(ECF Nos. 27, 30) are GRANTED**. The clerk of court is directed to close this case.

DATED this 6th day of July, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE