UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD NORRIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MAUREEN GREEN and LAYNE CARVER,<br><br>　　　　Defendants. | Case No. 2:15-cv-01238-APG-CWH<br><br>**ORDER DENYING WRIT OF ERROR CORAM NOBIS AND MOTION TO DISMISS, CLOSING THE CASE, AND DIRECTING THE CLERK TO ACCEPT NO FURTHER FILINGS IN THIS CASE**<br><br>(ECF Nos. 37, 39) |

On July 8, 2016, I denied plaintiff Richard Norris's "writ of error coram nobis," granted the defendants' motions to dismiss, and ordered this case closed. ECF No. 35. Subsequently, Norris filed another "writ of error coram nobis" and a motion for contempt. ECF Nos. 37, 39. Both of those motions are denied as rogue documents and lacking in merit.

Despite the fact that this case is closed, Norris continues to file papers in this case. Thus, I direct the clerk of the court to accept no further filings in this closed case.

IT IS THEREFORE ORDERED that plaintiff Richard Norris's "writ of error coram nobis" and motion for contempt **(ECF Nos. 37, 39) are DENIED**.

IT IS FURTHER ORDERED that the clerk of court is directed to accept no further filings in this case.

DATED this 14th day of October, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE